```
 1  WILLIAM E. WEGNER, SBN 101486
    MARCELLUS A. MCRAE, SBN 140308
 2  JOEL M. ATHEY, SBN 214399
    GIBSON, DUNN & CRUTCHER LLP
 3  333 South Grand Avenue
    Los Angeles, California 90071-3197
 4  Telephone: (213) 229-7000
    Facsimile: (213) 229-7520
 5
    RANDY M. MASTRO*
 6  GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
 7  New York, New York 10166-0193
    Telephone: (212) 351-4000
 8  Facsimile: (212) 351-4035
    * admitted pro hac vice
 9
    Attorneys for Plaintiff
10  ANNA KOURNIKOVA
```

FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LODGED
2003 JUL 21 PM 2:00
CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF
SA
BY ___

| | |
|---|---|
| ANNA KOURNIKOVA,<br><br>  Plaintiff,<br><br>  v.<br><br>GENERAL MEDIA COMMUNICATIONS, INC., a New York Corporation,<br><br>  Defendant. | CASE NO. SA CV 03-865 CJC (AJWx)<br><br>The Honorable Cormac J. Carney<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Complaint Filed: May 8, 2002<br>FAC Filed: May 31, 2002<br>Trial Date: January 6, 2004 |

///
///
///
///
///

ENTERED
JUL 24 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

ENTERED ON ICMS
JUL 24 2003
CV _____

Gibson, Dunn & Crutcher LLP

Stipulation and Request for Dismissal With Prejudice

# [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Parties' Stipulation and Request for Dismissal, it is hereby ordered and decreed that the following action is dismissed in its entirety with prejudice:

*Anna Kournikova v. General Media Communications, Inc.*, Case No. CV 03-865 CJC (AJWx), formerly Case No. CV 02-3747 GAF (AJWx).

**IT IS SO ORDERED.**

DATED: July 23, 2003

_____
The Honorable Cormac J. Carney
U.S. District Court

2

Stipulation and Request for Dismissal With Prejudice

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013.00

On July 21, 2003, I caused the foregoing document described as **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** in the above action to be served by Federal Express on:

> Joel M. Athey
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue, 47th floor
> Los Angeles California  90071

I caused the foregoing document to be served by Federal Express, as follows: I placed true copies of the document in a sealed Federal Express envelope addressed to interested party as shown above. I placed each such envelope, with postage thereon fully prepaid, for collection and processing at Sidley Austin Brown & Wood, Los Angeles, California. I am readily familiar with Sidley Austin Brown & Wood's practice for collection and processing of correspondence for shipment with Federal Express. Under that practice, the correspondence would be deposited with Federal Express on that same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 21, 2003, at Los Angeles, California.

_/s/ Rosalyn Jones_
Rosalyn Jones